JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBERT JOHNSON, | Case No. 2:20-cv-01134-JAK (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| FEDERAL COURT JUDGES, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: March 20, 2020

John A. Kronstadt
United States District Judge